OSCN Found Document:RE REINSTATEMENT OF CERTIFIED SHORTHAND REPORTERS

 

 
 

 
 RE REINSTATEMENT OF CERTIFIED SHORTHAND REPORTERS
2019 OK 17
Decided: 04/08/2019
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2019 OK 17, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

RE: Reinstatement of Certificate of Certified Shorthand Reporters
O R D E R
The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma that the certificate of each of the Oklahoma Certified Shorthand Court Reporters named below be reinstated as these reporters have complied with the continuing education requirements for calendar year 2018 and/or with the annual certificate renewal requirements for 2019, and have paid all applicable penalty fees.
IT IS HEREBY ORDERED that, pursuant to 20 O.S., Chapter 20, App. 1, Rules 20 and 23, the certificates of the following court reporters are reinstated from the suspension earlier imposed by this Court:

Name & CSR #

Effective Date of Reinstatement

Regina Goldsmith, CSR # 908

March 21, 2019

Laurie Hoyt, CSR # 547

March 20, 2019
Â 
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 8TH day of April, 2019.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR.